JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOCELYN BABAUTA TOPETE, individually and on behalf of the putative class,<br><br>Plaintiff,<br><br>v.<br><br>SODEXO, INC., a corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case № 2:19-CV-02896-ODW (AFMx)<br><br>**ORDER OF DISMISSAL** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's individual claims in the above-entitled action, and dismisses without prejudice the class claims in the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 21, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**